# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of                :    No. 2085 Disciplinary Docket No. 3
                                       :
C. WILLIAM BERGER            :    Board File No. C4-12-984
                                         :
                                         :    (Supreme Court of Florida, Case No.
                                         :    SC13-1203)
                                         :
                                         :    Attorney Registration No. 11107

## O R D E R

**PER CURIAM:**

AND NOW, this 15th day of October, 2014, C. William Berger voluntarily surrendered his license to practice law in the State of Florida by Order of the Supreme Court of Florida dated June 2, 2014; the said C. William Berger was directed on August 21, 2014, to inform this Court of any claim he has that the imposition of the comparable discipline of disbarment in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that C. William Berger is disbarred from the practice of law in this Commonwealth and he shall comply with all the provisions of Rule 217, Pa.R.D.E.